# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA T. GARRITY,<br><br>Defendant. | No. 2:14-PO-0294-JTR-1<br><br>ORDER STRIKING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE |

   **THIS MATTER** comes before the Court on Defendant's Motion to Dismiss. ECF No. 26. Defendant is represented by J. Stephen Roberts, Jr., Assistant Federal Defender. The United States is represented by Sam White, Legal Intern, and Tyler Tornabene, a supervising United States Attorney. The arrest warrant issued for Defendant Garrity on June 11, 2014, ECF No. 39, remains unserved, and Defendant Garrity has not otherwise appeared. The United States' motion to strike the trial in this matter was granted by the Court on June 15, 2015. ECF No. 41.

   Based on the foregoing, **IT IS HEREBY ORDERED** Defendant's Motion to Dismiss, **ECF No. 26**, is **STRICKEN with leave to renew**. Should circumstances change in this case, Defendant need not refile his motion; Defendant may simply re-note the motion for hearing before the Court.

ORDER . . . - 1

1  **IT IS SO ORDERED**.  The District Court Executive shall enter this order
2  and furnish copies to counsel.
3      DATED August 13, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2